**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| TREVOR JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1000-TLS-JEM |

**OPINION AND ORDER**

Trevor Johnson, a prisoner without a lawyer, filed a habeas corpus petition to challenge his conviction for domestic battery and resisting law enforcement under Case No. 20D01-2304-F5-87. ECF 1. Following a jury trial, on August 2, 2023, the Elkhart Superior Court sentenced him as a habitual offender to eight and a half years of incarceration. Pursuant to Section 2254 Habeas Corpus Rule 4, the court must dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

In a prior order, the court found that Johnson's claims appeared to be untimely but granted him an opportunity to respond by October 8, 2026, rather than immediately dismissing this case. ECF 4. That date has passed, and Johnson has filed only an amended petition that appears to be identical to his initial petition and does not address the court's timeliness concerns. ECF 5. Consequently, the court will dismiss the amended petition because the claims are untimely.

Pursuant to Section 2254 Habeas Corpus Rule 11, the court must consider whether to grant or deny a certificate of appealability. To obtain a certificate of appealability when a petition is dismissed on procedural grounds, the petitioner must show that reasonable jurists would find it

debatable (1) whether the court was correct in its procedural ruling and (2) whether the petition states a valid claim for denial of a constitutional right. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Here, there is no basis for finding that jurists of reason would debate the correctness of this procedural ruling. Therefore, the court denies Johnson a certificate of appealability.

For these reasons, the court:

(1) DISMISSES the amended petition (ECF 5) pursuant to Rule 4 of the Rules Governing Section 2254 Cases because the claims are untimely;

(2) DENIES Trevor Johnson a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11; and

(3) DIRECTS the clerk to close this case.

SO ORDERED on October 16, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT